The US Embassy in Manila, Philippines

Attn: Consul General Richard Dale Haynes

Dear Consul Haynes:

Please help with the request below. A letter from Congressman Meek was faxed to and received by Mr. Tilghman's office on Monday, October 16 – Miami-time.

Many thanks for your help!

Ernesto G. Ramos

Deputy District Director

Office of US Rep. Kendrick Meek (FL-17)

Phone: 305 690 5905

Fax:    305 690 5951



### KENDRICK B. MEEK
MEMBER
U.S. HOUSE OF REPRESENTATIVES
17TH DISTRICT, FLORIDA

1039 Longworth Building          (202) 225-4506
Washington, D.C. 20515           (202) 226-0777 Fax

EXHIBIT A

**From:** Ramos, Ernesto
**Sent:** Wednesday, October 18, 2006 7:03 PM
**To:** 'Mnlnivcong@state.gov'
**Subject:** Request for Expedited Meeting with Consul Joseph Tilghman

The US Embassy in Manila, Philippines

Re:   Nonimmigrant Visa Section

Attn:  Mr. Joseph F. Tilghman

      Nonimmigrant Visa Chief

Dear Consul Tilghman:

We are following up on Congressman Meek's letter dated October 16, 2006, which your office received via fax. Said letter requested issuance of an expedited visit with your office for Ms. Mary Jane Hague, President of Miami-based Star One Staffing. Ms. Hague and her husband, the Honorable Andrew Hague, Judge of the Miami-Dade County's 11th Judicial Circuit Court, are visiting the Philippines for the first time to follow up on the approved H-2B petitions for 30 hotel workers. Ms. Hague and her partner, Mr. Bobby Villanueva, are in Manila awaiting this short visit with your office to discuss said petitions for these workers who are now needed here in South Florida's Hotels and area resorts. They could be reached at their cell phones at 919-734-3659 an/or 917-249-1338. Star One Staffing via its immigration attorney, Liliana Cueva, duly complied with the rules of procedures and provisions required by the Vermont USCIS. Ms. Hague and Mr. Villanueva have the approved petitions with them, as well as the completed documents of the approved 30 H-2B visa applicants. Under your rules and procedures and given the limited time they have in Manila, we would appreciate any courtesy you can extend to them for said visit.
Many thanks for your kind assistance with this request.

Ernesto G. Ramos

Deputy District Director

Office of US Rep. Kendrick Meek (FL-17)

111 NW 183rd St., Suite 315

Miami, Florida 33169

Phone:  305 690 5905

Fax:    305 690 5951