IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

MORENA ROCO, ERICZON MACARAYAN,
FRANCISCO ABSIN, LEONOR LACSINA,
and ROGELIO RINGOR, EACH                                                PLAINTIFFS
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED

vs.                                    Case No. 4:10-CV-30

STAR ONE STAFFING INTERNATIONAL, INC.
STAR ONE STAFFING, INC., MARY JANE HAGUE,
JOHN C. CARRUTHERS, and RUTH CARRUTHERS            DEFENDANTS

## MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED AND SUBSTITUTED COMPLAINT

COME now the Plaintiffs, by and through their counsel Sanford Law Firm, PLLC, and Holleman & Associates, P.A. and for their Motion for Leave to File Plaintiffs' First Amended and Substituted Complaint, state:

1. The Plaintiffs hereby ask for leave of court to file Plaintiffs' First Amended and Substituted Complaint[1] as Plaintiffs and collective action representatives.

2. The Plaintiffs ask for leave to file an amendment because of the addition of new evidence establishing relationship between the Defendants and Judge Andrew Hague. Judge Andrew Hague traveled to Philippines for and on behalf of Separate Defendant Star One Staffing Inc.[2] As Judge Hague stated in his letter to US Ambassador to the Philippines:

> **For and in behalf of Star One Staffing** and J.E.S. International Manpower Corporation, I am respectfully requesting your kind

---

[1] Plaintiffs' First Amended and Substituted Complaint, attached hereto as Exhibit A.

[2] The Letter from Judge Andrew Hague to Hon. Ambassador Kristie Kenney, on October 13, 2006, is attached to the Plaintiffs' First Amended and Substituted Complaint as Exhibit D.

1

> assistance in scheduling for an early group interview of its Filipino Overseas Worker Applicants. . .
>
> I just arrived last night from the States specifically for this particular purpose. **I need to assist STAR ONE STAFFING** based in Miami, Florida to facilitate the early group interview of their Filipino Worker applicants for placement and deployment to Miami, Florida. Fortunately, I learned that you are recently assigned here in the Philippines and through some Filipino friends and business associates, I was informed that you still remember me.
>
> I graduated from the same University (Tulane University) in 1978, where you receieved your Master's Degree. . . I will probably need your kind assistance in this matter. . .[3]

The letter was sent from Judge Hague's personal email on October 13, 2006.[4] On October 18, 2006, his wife Mary Jane Hague sent another letter to the United States Embassy in Philippines, requesting an interview with the Embassy.[5] The fact of Judge Hague's personal involvement in the recruitment and visa process of Filipino workers clearly establish that there was an agreement between the Defendants, Andrew Hague, and the U.S. Consular officers in the Philippines. The parties objectively manifested agreement to participate in placement and deployment of the Filipino Worker applicants.

    3.    The Plaintiffs also attach documents, that Defendants submitted in support of H-2B visa applications to U.S. Citizenship and Immigration Services and the U.S. Department of Labor ("USDOL").[6] These documents were filed electronically and/or submitted in a paper form to U.S.

---

[3] *Id.*

[4] *Id.*

[5] *Id.*

[6] See Form I-129, and the Notice of Action signed by Mary Hague, attached to the Plaintiffs' First Amended and Substituted Complaint as Exhibit E.

Citizenship and Immigration Services.[7] These documents also state specific dates of filing, and are signed by Mary Hague under penalty of perjury.[8]

4.  The filing of this amendment will in no way prejudice the Defendant. No formal deadline has been set by the court as to amendments.

5.  Pursuant to Rule 5.5(e) of the Rules of the United States District Court for the Eastern District of Arkansas, the Plaintiffs have attached a copy of the proposed First Amended and Substituted Complaint to this motion as Exhibit "A," all exhibits to the Amended Complaint are attached to it and numbered as Exhibits "A through E."

6.  The Plaintiffs believe that they provided sufficient evidence in support of their Racketeering claims against the Defendants. The Plaintiffs ask this Court to grant their Motion for Leave to file Plaintiffs' First Amended and Substituted Complaint, and deny the Defendant's Motion to Dismiss as moot.

WHEREFORE, the Plaintiffs request an order of this Court granting them leave to file Plaintiffs' First Amended and Substituted Complaint, and for such other relief as may be just and proper.

Respectfully Submitted,

**PLAINTIFFS MORENO ROCO, ERICZON MACARAYAN, FRANCISCO ABSIN, LEONOR LACSINA and ROGELIO RINGOR**, **EACH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

SANFORD LAW FIRM, PLLC

---

[7] *Id.*

[8] *Id.*

        One Financial Center
        650 South Shackleford Road, Suite 400
        Little Rock, AR 72211
        Telephone: (501) 221-0088
        Facsimile: (866) 591-4661
        Email: josh@sanfordlawfirm.com

        Josh Sanford,
        Ark. Bar No. 2001037

and

        HOLLEMAN & ASSOCIATES, P.A.
        200 West Capitol Avenue, Suite 1620
        Little Rock, AR 72201
        Telephone: (501) 975-5040
        Facsimile: (501) 975-5043

By:   /s/John T. Holleman
        John T. Holleman
        Ark. Bar No. 91056
        Jholleman@johnholleman.net

        Maryna O. Jackson
        Ark. Bar No. 2009111
        Maryna@johnholleman.net

        Stephanie Ann Linam
        Ark. Bar No. 2007-132
        stephanie@johnholleman.net

## CERTIFICATE OF SERVICE

I, John T. Holleman, do hereby certify that a true and correct copy of the foregoing document has been delivered via CM/ECF this the 23rd day of March, 2010, to the following attorneys:

Vincent O. Chadick    vchadick@bassettlawfirm.com

        By:   /s/John T. Holleman
             John T. Holleman, ABN 91056