# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MORENA ROCO et al.**  **PLAINTIFFS**

**VS.**                    **4:10CV00030-WRW**

**STAR ONE STAFFING INTERNATIONAL, INC., et al.**  **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 7). Plaintiffs have responded,[1] and Defendants have replied.[2] Also pending is Plaintiffs' Motion for Leave to File Plaintiffs' First Amended and Substituted Complaint (Doc. No. 18).

Defendants' Motion is DENIED without prejudice, and Plaintiffs' Motion is GRANTED. Plaintiffs are directed to file the Amended and Substituted Complaint by noon, March 31, 2010.

IT IS SO ORDERED this 26th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 11.

[2] Doc. No. 14.

1