IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MORENA ROCO, ERICZON
MACARAYAN, FRANCISCO ABSIN,
LEONOR LACSINA, ROGELIO
RINGOR, MAMERTO S.
EMBESTRO, WAREN GARCIA,
ISAGANI C. LOPEZ, and
WILLIAM F. TIU, EACH
INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED                              PLAINTIFFS

v.                          Case No. 4:10-cv-30-DPM

STAR ONE STAFFING
INTERNATIONAL, INC.; STAR ONE
STAFFING, INC.; MARY JANE
HAGUE; JOHN C. CARRUTHERS;
and RUTH CARRUTHERS                                        DEFENDANTS

ORDER

Marlene Quintana, an attorney appearing *pro hac vice* in this case, may bring her cell phone—including a smart phone—into the courthouse. The phone may be used as needed outside of any courtroom. When inside courtroom B155, the cell phone must be turned off. Putting the cell phone on "vibrate" or "silent" is unacceptable. No phone may be used to take

photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 Oct. 10