## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| MORENA ROCO *et al*,<br><br>        Plaintiffs,<br><br>vs.<br><br>STAR ONE STAFFING INTERNATIONAL, INC., *et al*<br><br>        Defendants. | CASE NO. 4:10-CV-30 |

### JOINT NOTICE OF AGREEMENT TO MOVE TO DISMISS

    The parties, through their undersigned counsel, hereby notify the Court that they have jointly agreed, by executed written document, to move in the near future to have the above-referenced matter dismissed with prejudice to re-filing. The joint motion to dismiss will be filed upon completion of certain conditions involving, *inter alia*, obtaining signatures of the more than thirty (30) parties. In light of this agreement and imminent dismissal, the parties respectfully request that all pending deadlines be temporarily stayed until dismissal of the case is effectuated.

    Dated: August 2, 2011

By: /s/ John T. Holleman
    JOHN T. HOLLEMAN (AB# 91056)
    MARYNA O. JACKSON (AB# 2009111)
    HOLLEMAN & ASSOCIATES, P.A.
    200 W. Capitol Avenue, Suite 1620
    Little Rock, AR 72201
    Telephone: (501) 975-5040
    Facsimile: (501) 976-5043

By: /s/ Marlene Quintana
    MARLENE QUINTANA
    Admission Pro Hac Vice
    Florida Bar No.: 88358
    GRAYROBINSON, P.A.
    1221 Brickell Avenue, Suite 1600
    Miami, FL 33131
    Telephone: (305) 416-6880
    Facsimile: (305) 416-6887

By: /s/Vince Chadick
    VINCE CHADICK (AB# 94075)
    JAMES GRAVES (AB# 95172)
    BASSETT LAW FIRM LLP
    P.O. Box 3618
    Fayetteville, AR 72702
    Telephone: (479) 521-9996
    Facsimile: (479) 521-9600

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of August, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Arkansas, using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record, and hereby certify that I have mailed the document by United States Postal Service to all non-CM/ECF participants (none of which are known to exist).

                                          /s/ Vince Chadick
                                          Vince Chadick