IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**MORENA ROCO,** *et al*　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**
**INDIVIDUALLY AND ON BEHALF OF**
**OTHERS SIMILARLY SITUATED**

vs.　　　　　　　　　　　　Case No. 4:10-CV-30

**STAR ONE STAFFING INTERNATIONAL, INC,.**
**STAR ONE STAFFING, INC., MARY JANE HAGUE,**
**JOHN C. CARRUTHERS, and RUTH CARRUTHERS**　　　　**DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)((1)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that the above-styled cause of action has been concluded, and therefore request the complaint and all claims in this action against Defendants be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　　/s/ John T. Holleman
　　　　　　　　　　　　　　　　　　John T. Holleman, ABN 91056
　　　　　　　　　　　　　　　　　　HOLLEMAN & ASSOCIATES, P.A.
　　　　　　　　　　　　　　　　　　200 West Capitol Avenue, Suite 1620
　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　Telephone: (501) 975-5040
　　　　　　　　　　　　　　　　　　Facsimile:  (501) 975-5043
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

　　　　　　　　　　　　　　By:　　/s/ Marlene Quintana
　　　　　　　　　　　　　　　　　　Marlene Quintana
　　　　　　　　　　　　　　　　　　GRAY ROBINSON, P.A.
　　　　　　　　　　　　　　　　　　1221 Brickell Avenue, Suite 1650
　　　　　　　　　　　　　　　　　　Miami, FL 33131

　　　　and

　　　　　　　　　　　　　　　　　　Vince Chadick
　　　　　　　　　　　　　　　　　　BASSETT LAW FIRM, LLP
　　　　　　　　　　　　　　　　　　P.O. Box 3618
　　　　　　　　　　　　　　　　　　Fayetteville, AR 72702
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT